# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  

Andrew Lee Reinhardt,

      Debtor.

BKY 20-60610  
Chapter 13

## ORDER RE: MOTION OF TRUSTEE FOR DISMISSAL OF CASE

This case came before the Court on the motion of Kyle L. Carlson, the Trustee, for dismissal. Based on the agreement of the parties,

IT IS ORDERED:

1. The Trustee's motion to dismiss is denied.

2. To date, the debtor has paid $3,480.00 to the Trustee.

3. In cure of current defaults in payment to the Trustee, the debtor shall make the following payments to the standing Trustee:

    a. Resume regular monthly payment of $580.00 to the Trustee commencing in September 2021.

    b. An extra $116.00 in the months of October 2021 through July 2022.

    c. All payments due under 3a and 3b shall be received no later than the last business day of each month.

4. If the debtor fails to make any payment required under paragraph 3 of this order, the Trustee shall file an affidavit attesting to the event of default, together with a proposed order of dismissal, which refers to this order and the event of default. Upon the filing of the affidavit, the Court may enter the proposed order, without further notice or hearing.

BY THE COURT

Dated: *September 28, 2021*

*/e/ Michael E. Ridgway*

Michael E. Ridgway  
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT  
Filed and Docket Entry made on *09/28/2021*  
Tricia Pepin, Clerk, by AM

United States Bankruptcy Court

District of Minnesota

In re: Case No. 20-60610-MER

Andrew Lee Reinhardt Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf111 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew Lee Reinhardt, 328 11th Ave S, Cold Spring, MN 56320-2159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda M. Scharber | on behalf of Debtor 1 Andrew Lee Reinhardt sonja@lifebacklaw.com<br>sonja@lifebacklaw.com;amanda@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Kyle Carlson | info@carlsonch13mn.com  barnesvillemn13@ecf.epiqsystems.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3